**Order filed August 23, 2022.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-22-00482-CV
_____

**GERVAIS EDMONDS-WIGGINS, Appellant**

**V.**

**JONATHAN WARREN WIGGINS, Appellee**

**On Appeal from the 507th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2021-35056**

## ORDER

The notice of appeal in this case was filed June 30, 2022. To date, the appellate filing fee of $205.00 has not been paid by appellant. Moreover, the clerk responsible for preparing the record notified this court that appellant has not made payment for the record. No evidence that appellant has established indigence has been filed. *See* Tex. R. Civ. P. 5, 145. On July 12, 2022, this court notified appellant that the appeal was subject to dismissal without further notice unless he paid the appellate filing fee, and on August 2, 2022, this court notified appellant

that the appeal was subject to dismissal without further notice unless appellant made arrangements to pay for the record and provided this court with proof of payment for the record. No response was filed to either notice. Therefore, the court issues the following order.

Appellant is ordered to demonstrate to this court within ten (10) days of the date of this order arrangements have been made to pay for the clerk's record. *See* Tex. R. App. P. 35.3(c). Appellant is further ordered to pay the appellate filing fee in the amount of $205.00 to the Clerk of this court within ten (10) days of the date of this order. If appellant fails to timely comply with either of those orders, the appeal will be subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 37.3(b), 42.3(b).

PER CURIAM

Panel Consists of Justices Spain, Poissant, and Wilson.